UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                    Cr. No. 13-cr-    01-

MICHAEL DUBE

INDICTMENT
Count One

(18 U.S.C. § 922 (g)(1): Possession of a Firearm
by a person convicted of a crime punishable by more than one year)

On or about September 11, 2012, in the District of New Hampshire, the defendant,

MICHAEL DUBE

having been convicted on or about on September 27, 2005, of Assault and Battery, Docket No.: 0418CR006045 in Lawrence, Massachusetts District Court, a crime punishable by a term of imprisonment exceeding one (1) year, knowingly and intentionally possessed a Glock, 9 mm pistol, model 17, bearing serial number MBE973, which had been shipped or transported in interstate commerce or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1). The Grand jury further charges:

Count Two

(18 U.S.C. § 2 and § 922 (a)(6)- Aiding and Abetting the Making of a False Statement
during the Acquisition of a Firearm)

On or about May 4, 2012, in the District of New Hampshire, the defendant

MICHAEL DUBE

in connection with the acquisition of a Hi-point, model C9, 9 mm pistol bearing serial number P237200, willfully associated, participated and induced Edgardo Barrett to knowingly make a false and fictitious written statement to Great Northern Sports Center, Inc., a federally licensed

firearms dealer, which statement was likely to deceive the firearms dealer, as to a fact material to the lawfulness of the acquisition of the said firearm to Barrett, in that Barrett represented that he was the actual purchaser of the firearm when in fact, he purchased the firearm for Dube, in violation of Title 18, United States Code, Sections 922(a)(6).

## Count Three

(18 U.S.C. § 2 and § 922 (a)(6)- Aiding and Abetting the Making of a False Statement during the Acquisition of a Firearm)

On or about June 19, 2012, in the District of New Hampshire, the defendant

MICHAEL DUBE

in connection with the acquisition of a Glock pistol, model 19, 9 mm pistol bearing serial number SYN607, willfully associated, participated and induced Edgardo Barrett to knowingly make a false and fictitious written statement to Great Northern Sports Center, Inc., a federally licensed firearms dealer, which statement was likely to deceive the firearms dealer, as to a fact material to the lawfulness of the acquisition of the said firearm to Barrett, in that Barrett represented that he was the actual purchaser of the firearm when in fact, he purchased the firearm for Dube, in violation of Title 18, United States Code, Sections 922(a)(6).

Dated: 3-13-2013                                A TRUE BILL

                                                /s/  Foreperson
                                                Foreperson of the Grand Jury

JOHN P. KACAVAS
United States Attorney
District of New Hampshire

          /s/  Debra M. Walsh
By:     Debra M. Walsh
          Assistant U.S. Attorney